**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 16-1227**

───────────

MICHAEL A. SCOTT,

        Plaintiff - Appellant,

    v.

NORFOLK SOUTHERN CORPORATION; KENNETH E. WILLIAM; STEVEN G. JACKSON; ELIAS I. VEGA,

        Defendants - Appellees.

───────────

**No. 16-1228**

───────────

MICHAEL A. SCOTT,

        Plaintiff - Appellant,

    v.

NORFOLK SOUTHERN CORPORATION,

        Defendant - Appellee.

───────────

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief District Judge.  (2:95-cv-00377-RBS; 2:95-cv-00815-RBS)

───────────

Submitted:  July 19, 2016         Decided:  July 27, 2016

───────────

Before NIEMEYER, KING, and THACKER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

---

Michael A. Scott, Appellant Pro Se.  Samuel Johnson Webster, WILLCOX & SAVAGE, PC, Norfolk, Virginia; Roy Barrow Blackwell, Hunter Wilmer Sims, Jr., KAUFMAN & CANOLES, PC, Norfolk, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Michael A. Scott appeals the district court's orders denying his Fed. R. Civ. P. 60(b)(4) motion and his motion for reconsideration. We grant Scott's motion for leave to proceed in forma pauperis. We have reviewed the record and affirm for the reasons cited by the district court. Scott v. Norfolk S. Corp., No. 2:95-cv-00377-RBS; 2:95-cv-00815-RBS (E.D. Va. Jan. 22, 2016; Feb. 22, 2016). We deny the Appellees' motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED